# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| BERRY LEE LIVINGSTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:15CV1318 AGF |
| WARREN COUNTY, et al., | ) ) ) | |
| Defendants, | ) | |

## ORDER

This matter is before the Court on plaintiff's motion for appointment of counsel. It appears from the facts alleged in the Complaint that the Court and Plaintiff would benefit from appointment of counsel to represent Plaintiff, who is proceeding pro se. Plaintiff has been granted leave to proceed in forma pauperis.

Accordingly,

**IT IS HERBY ORDERED** that plaintiff's motion for appointment of counsel [ECF No. 24] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to appoint Plaintiff counsel pursuant to the Plan for the Appointment of Pro Bono Counsel. A separate Notice of Appointment of Pro Bono Counsel shall be entered by the Clerk.

Dated this 4th day of December, 2015.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE